# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.  5:22-cr-00271-SVW                                Date: July 17, 2023

Present: The Honorable:  STEPHEN V. WILSON, U.S. DISTRICT JUDGE.

| Paul M. Cruz | Wil Wilcox | Mitchell M. Suliman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Michael Allen Starkweather | X |   | Young J. Kim |   | X |   | N/A |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT**   ☐ Contested   ☒ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.  **X**  Refer to separate Judgment Order.
☐ Imprisonment for ___ years/months on each of count(s) _____
    Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends
    commencing _____
☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
    consecutive/concurrent to count(s) _____
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and
    conditions, under the direction of the Probation Office:
    ☐ Perform _____ hours of community service.  ☐ Pay _____ fine amounts & times determined by P/O.
       Serve _____ in a CCC/CTC.  ☐ Make $_____ restitution in amounts & times determined by PO.
       Participate in a program for treatment of narcotic/alcohol addiction.
       Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
       rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision
       report to the nearest P/O within 72 hours.
    ☐ Other conditions: _____
☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the
    defendant does not have the ability to pay.
☐ Pay $_____ per count, special assessment to the United States for a total of $_____
☐ Imprisonment for ____ months/years and for a study pursuant to 18 USC _____
    with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This
    matter is set for further hearing on _____
☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☐ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commission.   ☐ Processed statement of reasons
☐ Bond Exonerated  ☐ upon surrender  ☐ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____
    at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
    U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
    Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal.  ☐ Appeal bond set at $ _____
☐ Filed and distributed judgment.  ENTERED.
☐ Other _____

cc:                                                                                                                          : 15
                                                                              **Initials of Deputy Clerk**   PMC